# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**Case #: 19-CV-5469**

---

**Roor International BV and Sream, inc.**

Plaintiff

**vs.**

**Cool Stuff, Inc. d/b/a Cool Stuff Food & Tobacco and Harshish Patel**

Defendant

---

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons & Complaint For Injunctive Relief and Damages**

PARTY SERVED: **COOL STUFF, INC. D/B/A COOL STUFF FOOD & TOBACCO**

PERSON SERVED: **HARSHISH PATEL, REGISTERED AGENT**

METHOD OF SERVICE: **Corporate** - By leaving copies with the person identified above who stated they were authorized to accept service.

DATE & TIME OF DELIVERY: **10/1/2019 at 9:50 AM**

ADDRESS, CITY AND STATE: **15 LE JARDIN COURT, BUFFALO GROVE, IL 60089**

DESCRIPTION: **East Indian, Male, 50, 5'10", 175 lbs, Black hair**

I declare under penalties of perjury that the information contained herein is true and correct.

Richard Gerber, Lic # 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 505
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me on the 2nd day of October, 2019.

NOTARY PUBLIC

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/28/21

---

CLIENT: **Langone, Batson & Cassidy, LLC**
FILE #:

Tracking #: **418267**