**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division**

Roor International BV, et al.

                Plaintiff,

v.                                                      Case No.: 1:19−cv−05469
                                                           Honorable John Robert Blakey

Cool Stuff, Inc., et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 18, 2020:

      MINUTE entry before the Honorable John Robert Blakey: The Court is in receipt of Plaintiff's motion for default judgment [24]. No defendant has filed an appearance to object to the motion. For the reasons explained in the accompanying order, Plaintiff's motion for default judgment [24] is granted. Enter default judgment order. All dates and deadlines are stricken. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.